VIRGINIA A. CERIO, Appellant, v STEVEN K. KOLDIN et al., Respondents. [735 NYS2d 461] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendants' cross motions seeking dismissal of the complaint in this legal malpractice action, filed December 16, 1999, as time-barred. Contrary to the contention of plaintiff, the continuous representation rule does not warrant a different result. Even assuming, arguendo, that defendants maintained a continuous relationship with plaintiff pursuant to the retainer agreement, we conclude that the relationship ceased to exist when plaintiff retained new counsel and sent defendants' law office a discharge letter dated October 1, 1996 (*see, Lazzaro v Kelly,* 87 AD2d 975, 976, *affd* 57 NY2d 630; *Piliero v Adler & Stavros,* 282 AD2d 511, 512; *Aaron v Roemer, Wallens & Mineaux,* 272 AD2d 752, 754-755, *lv dismissed* 96 NY2d 730; *cf., Gray v Wallman & Kramer,* 224 AD2d 275, 275-276). In view of our determination, we need not consider plaintiff's remaining contentions. (Appeal from Order of Supreme Court, Onondaga County, Centra, J.—Dismiss Pleading.) Present—Green, J. P., Hayes, Hurlbutt, Burns and Lawton, JJ.